NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGEL V. ANTES,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3152

---

Petition for review of the Merit Systems Protection Board in case no. SF0831100717-I-1.

---

## ON MOTION

---

## O R D E R

Angel V. Antes moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 22 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Angel V. Antes
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 22 2011

JAN HORBALY
CLERK